IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. WEST,<br><br>            Plaintiff,<br><br>    vs.<br><br>JAMES YATES,<br><br>            Defendant.<br>_____/ | 1:06-cv-00627 OWW SMS (PC)<br><br>ORDER GRANTING MOTION<br>TO EXTEND TIME TO FILE AMENDED<br>COMPLAINT<br><br>(DOCUMENT #14) |

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 30, 2007, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   August 24, 2007            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE